IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-30-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY ANDREWS, | ) | |
| Defendant. | ) | |

On August 24, 2020, the court entered a comprehensive order denying Anthony Andrew's ("Andrews") motion for compassionate release. See [D.E. 536]. On March 31, 2021, Andrews filed a "renewed motion" for compassionate release and a motion to appoint counsel. See [D.E. 560].

Andrews's renewed motion is not materially different from his initial motion. Moreover, even though Andrews now claims that he is blind due to his glaucoma, nothing material has changed concerning this court's assessment of the factors under 18 U.S.C. § 3553(a). See [D.E. 536]; United States v. High, No. 20-7350, 2021 WL 1823289, at *4–7 (4th Cir. May 7, 2021). Accordingly, the court DENIES Andrews's "renewed motion" for compassionate release and motion to appoint counsel [D.E. 560]. See [D.E. 536].

SO ORDERED. This 18 day of May 2021.

JAMES C. DEVER III
United States District Judge