IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-30-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 21, 2022, Anthony Andrews ("Andrews") filed proposed sealed motions [D.E. 592, 593]. On March 25, 2022, Andrews filed a motion for nunc pro tunc [D.E. 594]. The United States shall file a response to Andrews's motions [D.E. 592, 593, 594] not later than May 20, 2022.

SO ORDERED. This 22 day of April, 2022.

JAMES C. DEVER III
United States District Judge