IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-30-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTHONY ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall respond to defendant's motions [D.E. 592, 593, 594, 600, 603] not later than October 14, 2022.

SO ORDERED. This 13 day of September, 2022.

JAMES C. DEVER III
United States District Judge